

**IT IS ORDERED as set forth below:**

**Date: June 29, 2018**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **:** | **CHAPTER 13** |
| **ROBERTO ORTIZ-CAMERON** | **:** | |
| **NICOLE ORTIZ-CAMERON** | **:** | **CASE NUMBER G16-22183-JRS** |

**CONSENT ORDER ON TRUSTEE'S MOTION TO MODIFY**

The above styled matter came before the Court on June 21, 2018 at 10:45 a.m. It appears to the Court that the Chapter 13 Trustee has filed a Motion to Modify the Debtors' Chapter 13 Plan to Provide for Undisclosed Income or in the Alternative Motion to Dismiss Case. The Trustee and Debtors' counsel reached an agreement on the Motion. For cause shown, **IT IS HEREBY**

**ORDERED**, that the Motion be and is hereby GRANTED.

**IT IS FURTHER ORDERED** that the pool is increased to $5,000.00 and the plan payment is increased to $720.00 per month.

The Clerk of the Court is directed to serve this Order on the parties included in the attached Distribution List.

**END OF DOCUMENT**

PREPARED BY:

\_\_\_\_/s/_____
Eric W. Roach
Attorney for Chapter 13 Trustee
GA Bar No. 143194
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678)992-1201

CONSENTED BY:

\_\_\_\_/s/_____
Howard Slomka
Attorney for Debtors
GA Bar No. 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE
Overlook III, Suite 1700
Atlanta, GA 30339
*Signed by Eric W. Roach*
*with express permission*

## DISTRIBUTION LIST

**Case No.: G16-22183-JRS**

**Debtors:**
Roberto Ortiz-Cameron
Nicole Ortiz-Cameron
900 Venue Way
Unit 9302
Alpharetta, GA 30005

**Debtors' Attorney:**
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE
Overlook III, Suite 1700
Atlanta, GA 30339

**Chapter 13 Trustee:**
Nancy J. Whaley
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303